# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 05-547


**FREDDIE MAY YOUNG, ET AL.**

**VERSUS**

**DR. HARRY J. MOBLEY AND**
**NATCHITOCHES PARISH HOSPITAL**


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


## APPEAL FROM THE
## TENTH JUDICIAL DISTRICT COURT
## PARISH OF NATCHITOCHES, NO. 75759
## HONORABLE PEYTON CUNNINGHAM, JR., PRESIDING


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


## GLENN B. GREMILLION
## JUDGE


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion, and J. David Painter, Judges.

**MOTIONS TO DISMISS APPEAL
DENIED.**

**JO ANN NIXON**
**GLENDA M. AUGUST & ASSOCIATES**
**129 WEST PERSHING ST.**
**NEW IBERIA, LA 70560**
**Telephone: (337) 369-7437**
**Atorney for Freddie May Young**

**LAWRENCE W. PETTIETTE, JR.**
**PETTIETTE, ARMAND, DUNKELMAN, WOODLEY**
**P.O. BOX 1786**
**SHREVEPORT,  LA 71101**
**Telephone: (318) 221-1800**
**Attorney for Harry Mobley, M.D.**

**RENE' J. PFEFFERLE**
**WATSON, BLANCHE, WILSON & POSNER**
**P.O. BOX 2995**
**BATON ROUGE, LA 70821-2995**
**Telephone: (225) 387-5511**
**Attorney for Natchitoches Parish Hospital**